O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAUN DARNELL GARLAND, | ) | Case No. CV 15-02766-FMO (KK) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER ACCEPTING AMENDED FINDINGS & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CORRECTIONAL OFFICER K. HOFFMAN, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed Plaintiff's Complaint, Defendant's Motion to Dismiss, Plaintiff's Opposition, Defendant's Reply, the Report and Recommendation, the parties' objections, the Amended Report and Recommendation, Plaintiff's objections, and all relevant records. The Court has engaged in a <u>de novo</u> review of those portions of the original and amended Report and Recommendation to which the parties have objected. The Court accepts the amended findings and recommendation of the United States Magistrate Judge.

///
///
///
///

1     IT IS THEREFORE ORDERED that Judgment be entered: (1) granting Respondent's Motion to Dismiss; and (2) dismissing this action with prejudice.

Dated: February 29, 2016

                                             /s/
                        HONORABLE FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE