JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAUN DARNELL GARLAND,  ) Case No. CV 15-02766-FMO (KK)
                        )
            Plaintiff,  )
                        ) JUDGMENT
        v.              )
                        )
CORRECTIONAL OFFICER    )
K. HOFFMAN,             )
                        )
            Defendant.  )
_____ )

      Pursuant to the Order Accepting Amended Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED Defendant's Motion to Dismiss is granted and this action is dismissed with prejudice.


Dated: February 29, 2016

                                    /s/
                      HONORABLE FERNANDO M. OLGUIN
                      UNITED STATES DISTRICT JUDGE

1